**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No: 16-12779-RBR
 Chapter 11
MARION SCHANO,

_____Debtor._____/

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN
ON REAL PROPERTY HELD BY MICKEY L. MOORE AND PILAR MOORE
[RE: 11790 NW 8TH ST., PLANTATION, FL33125 - PARCELS 1 AND 2]**

COMES NOW, the Debtor in Possession, MARION SCHANO, by and through the undersigned attorney, and files this Motion to Value, pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3, of the Debtor's real property described below. In support of the Motion, the Debtor respectfully states the following:

JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter, the parties in interest, and the properties and interests in property affected hereby, pursuant to 28 U.S.C. §157 and §1334. Consideration of this motion is a core proceeding under 28 U.S.C. §157(b)(2)(A), (K) and (O).

2. The statutory predicates for the relief sought herein are §§105(a), 506(a) and 506(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 3007.

BACKGROUND

3. On or about February 29, 2016 the Debtor filed this Chapter 11 case.

4. The real property, which is the subject of this motion, is located at 11790 NW 8th St., Plantation, Fl 33125, and is more particularly described as follows:

> **Parcel 1:**
> **The West one-half (1/2) of the West one-half (1/2) of Tract Fifteen (15)**

  **In Section One, Township Fifty (50) South, Range Forty (40) East, of FLORIDA FRUITLANDS CO. SUBDIVISION NO.1, according to the Plat thereof , recorded in Plat Book 2, Page 17, of the Public Records of Miami-Dade County, said land situate, lying and being in Broward County, Florida.**

  **Parcel 2:**
**The West one-half (1/2) of the West one-half (1/2) of Tract Sixteen (16) In Section One, Township Fifty (50) South, Range Forty (40) East, of FLORIDA FRUIT LANDS CO. SUBDIVISION Map NO.1, according to the Plat thereof , recorded in Plat Book 2, Page 17, of the Public Records of Miami-Dade County, said land situate, lying and being in Broward County, Florida**

  **Parcel ID # 5040-01-01-0300 & #5040-01-01-0261**

5.  **Regions Bank** holds a First Mortgage in the amount of $850,606.00.

6.  **Mickey and Pilar Moore** (the "Lender") hold a lien in the amount of $53,667.00 and recorded on August 29, 2013 at OR Book 28797, Page 3704 in the official records of Miami-Dade County, Florida.

7.  Lender's collateral is **not** solely the debtor's principal residence.

VALUATION

8.  At the time of the filing of this case, the value of the real property is $747,050.00 as determined by the Broward County Property Appraiser. (See Exhibit A attached hereto).

9.  After payment of all claims senior to the claim of **"Lender"** secured by Debtor's property to the full extent of the value of the property, there is equity of $ 0.00 remaining in the real property. Accordingly, the value of **"Lender's"** secured interest in the real property is $0.00 and the value of the Lender's unsecured, deficiency claim is $ 53,667.00.

10.  Debtor has reviewed the Claims Registry in this case and determined that **"Lender"** has not filed a claim in this case.

11. Pursuant to 11 U.S.C. § 506 and F.R.B.P. 3012 and other applicable code sections and rules the Debtor alleges that the lien of the Lender is undersecured and that the amount of its lien exceeds the value of the collateral and that the undersecured /unsecured portions of the liens of Lender should be voided pursuant to 11 U.S.C. § 506 (d).

12. The Debtor requests that the Court determine any unsecured portion be treated as a general unsecured claim based upon the aforesaid undersecured status.

13. The Debtor further shows this court that any amounts claimed for post-petition attorneys fees, costs and interest and other expenses should be disallowed pursuant to § 506 since the notes and mortgage liens of the Lender are not oversecured.

**WHEREFORE,** the Debtor in Possession respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) providing such other and further relief as is just.

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the united States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Advantage Law Group, P.A.
Attorney for the Debtor in Possession
950 S. Pine Island Road, Ste. A-150
Plantation, FL 33324
Phone: 954-727-8271
Fax: 954-727-8274

By:   **/s/ Stan L. Riskin**

Stan L. Riskin, Esq.
Fla. Bar No. 129106

Case 16-12779-RBR    Doc 31    Filed 05/12/16    Page 4 of 6



| Site Address | 11790 NW 8 STREET, PLANTATION | ID # | 5040 01 01 0300 |
|---|---|---|---|
| Property Owner | SCHANO,MARION | Millage | 2212 |
| Mailing Address | 11790 NW 8 ST PLANTATION FL 33325-1411 | Use | 63 |
| Abbreviated Legal Description | FLA FRUIT LANDS CO SUB NO 1 2-17 D 1-50-40 TR 16 W1/2 OF W1/2 | | |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2015 Exemptions and Taxable Values as reflected on the Nov. 1, 2015 tax bill.

| Year | Land | Building | Agricultural Savings | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|---|
| 2016 | $411,200 | $200,480 | $276,730 | $334,950 | $289,210 | |
| 2015 | $411,200 | $180,460 | $276,730 | $314,930 | $287,200 | $6,250.20 |
| 2014 | $411,200 | $169,520 | $284,110 | $296,610 | $284,930 | $6,229.54 |

**IMPORTANT:** The 2016 values currently shown are "roll over" values from 2015. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2016, to see the actual proposed 2016 assessments and portability values.

### 2016 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $334,950 | $334,950 | $334,950 | $334,950 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  05 | $289,210 | $289,210 | $289,210 | $289,210 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis  1 | $500 | $500 | $500 | $500 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $238,710 | $263,710 | $238,710 | $238,710 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 7/12/2002 | WD* | $823,600 | 33793 / 1799 |
| 7/1/1966 | SWD | $6,000 | |
| | | | |
| | | | |

* Denotes Multi-Parcel Sale (See Deed)

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $5,500 | 1.64 | HB |
| $174,240 | 0.72 | AC |
| | | |
| $174,240 | 1.64 | AG |
| Adj. Bldg. S.F. (Card, Sketch) | | 2839 |
| Units | | 1 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| | | | | D | | PL | | |
| | | | | D | | | | |
| | | | | 2.39 | | | | |



| Site Address | NW 7 STREET, PLANTATION | ID # | 5040 01 01 0261 |
|---|---|---|---|
| Property Owner | SCHANO,MARION | Millage | 2212 |
| Mailing Address | 11790 NW 8 ST PLANTATION FL 33325-1411 | Use | 63 |
| Abbreviated Legal Description | FLA FRUIT LANDS CO SUB NO 1 2-17 D 1-50-40 TRACT 15 W1/2 OF W1/2 | | |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

| Property Assessment Values Click here to see 2015 Exemptions and Taxable Values as reflected on the Nov. 1, 2015 tax bill. | | | | | | |
|---|---|---|---|---|---|---|
| Year | Land | Building | Agricultural Savings | Just / Market Value | Assessed / SOH Value | Tax |
| 2016 | $432,120 | | $418,480 | $13,640 | $13,640 | |
| 2015 | $432,120 | | $418,480 | $13,640 | $13,640 | $1,384.38 |
| 2014 | $432,120 | | $429,640 | $2,480 | $2,480 | $1,124.27 |

**IMPORTANT:** The 2016 values currently shown are "roll over" values from 2015. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2016, to see the actual proposed 2016 assessments and portability values.

| 2016 Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $13,640 | $13,640 | $13,640 | $13,640 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $13,640 | $13,640 | $13,640 | $13,640 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $13,640 | $13,640 | $13,640 | $13,640 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 7/12/2002 | WD* | $823,600 | 33793 / 1799 |
| 3/1/1968 | WD | $6,900 | |
| | | | |
| | | | |
| | | | |

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| $5,500 | 2.48 | HB |
| | | |
| | | |
| $174,240 | 2.48 | AG |
| Adj. Bldg. S.F. | | |

* Denotes Multi-Parcel Sale (See Deed)

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
| | | | | D | | PL | | |
| | | | | D | | | | |
| | | | | 2.5 | | | | |